JACOB CHAIMOWITZ, Respondent, v. LENA SPORN, Sometimes Known as LEONA SPORN, Defendant, Impleaded with YETTA ZUCKER, Sometimes Known as YETTA HESSING, Appellant.— Order denying motion to vacate notice of pendency of action affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

MARGARET A. ELDRED, Respondent, v. TERESA E. LOCKWOOD, Appellant.— Judgment reversed on the facts and new trial granted, with costs to appellant to abide the event, for misconduct of plaintiff's counsel in asking improper questions on direct examination of plaintiff, in defiance of the ruling of the court at folios 69 to 73. These questions were clearly improper, as the learned trial justice ruled, and were repeated for the obvious purpose of getting before the jury matters in no way involved in the issue on trial. That they were seriously injurious to defendant cannot be doubted, and the learned trial justice should have granted defendant's application to withdraw a juror. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

WILLIAM FRICKE, Respondent v. PREMIUM DAIRY COMPANY, INC., Appellant. (Appeal No. 1.) — Order denying motion for separate trial affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young JJ., concur.

WILLIAM FRICKE, Respondent, v. PREMIUM DAIRY COMPANY, INC., Appellant. (Appeal No. 2.) — Order denying defendant's motion to strike out denials and defense affirmed on argument, with ten dollars costs and disbursements. Blackmar,.P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

HILLCAMP CORPORATION, Respondent, v. BURTIS-TWYEFFORT Co., INC., Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

EDMOND MULCAHY, JR., an Infant, by EDMOND MULCAHY, SR., His Guardian ad Litem, Respondent, v. MATTIE S. CORNELL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

UNEXCELLED MANUFACTURING CO., INC., Respondent, v. PAIN's FIREWORKS, INC., and HENRY J. PAIN, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

WESTCHESTER TRUST COMPANY, Respondent, v. MARY E. HOLMES, Appellant. WALTER J. MOORE, Respondent. (Appeal No. 1.)— Order denying motion to discontinue the action affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

WESTCHESTER TRUST COMPANY, Respondent, v. MARY E. HOLMES, Appellant. WALTER J. MOORE, Respondent. (Appeal No. 2.)— Order directing a writ of assistance to issue affirmed, without costs. Issuance of the writ stayed for ten days to enable the appellant to comply with the conditions of the order by payment of the amount therein specified. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of WILLIAM F. HAGARTY for a Mandamus Order to JOHN J. LYONS, as Secretary of State of the State of New York, Directing Him to Comply with the Provisions of Section One Hundred and Three of the